UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MIESSEK, | No. 2:24-cv-01512 DJC AC PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MARINE KINGDOM, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 30, 2024 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 3.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed May 30, 2024, are adopted in full; and

////

1

2. All claims against all defendants are DISMISSED with prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 14, 2024**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE